# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 1, 2021



Before

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| No. 21-2168 | IN RE: <br> KENWYN FRAZIER and KENDRICK FRAZIER, <br> Petitioners |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 3:21-cr-30001-DWD-1 <br> District Judge David W. Dugan | |

Upon consideration of the **PETITION FOR A WRIT OF MANDAMUS**, filed on June 23, 2021, by counsel for the petitioners,

**IT IS ORDERED** that the petition for a writ of mandamus is **DENIED**.