UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 21-CR-30001-DWD |
| vs. | ) | |
| | ) | |
| | ) | |
| KENWYN FRAZIER | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Defendant KENWYN FRAZIER, and respectfully moves to substitute Attorneys Beau B. Brindley and Michael J. Thompson as his counsel of choice to represent him for the remainder of the proceedings in this case. In support, he states as follows:

The undersigned was previously disqualified from representing both defendants Kendrick Frazier and Kenwyn Frazier jointly in this case due to the Court finding a serious potential conflict of interest. In disqualifying the undersigned from joint representation, however, the Court left open the possibility that the undersigned might represent one of the defendants. That issue has not been addressed.

Kenwyn Frazier now moves for the undersigned to represent him in this case. The undersigned will not seek to represent Kendrick Frazier based on the Court's prior rulings. The issues related to joint representation have been fully preserved on the record. The undersigned notes for the record that he has not had any privileged communication with Kendrick Frazier. Attorney Michael Thompson, who works for the undersigned's firm, had a single discussion with Kendrick Frazier regarding the potential conflict hearing, but that discussion took place at counsel table in open court, immediately preceding that hearing. Kenwyn Frazier and courtroom staff were also present for that discussion. Thus, no privileged communications could be conveyed. The undersigned's communications with Kendrick Frazier have otherwise been

indirect, through family members, and concerning only the generalities of attempting to hire the undersigned to represent him in this case. Such communications are (1) non-substantive; and (2) not privileged in light of the family members serving as intermediaries. The undersigned has not received any information from Kendrick Frazier that would, in any way, interfere with his ability to effectively and ethically represent Kenwyn Frazier.  He has received no information from Kendrick Frazier regarding the facts of this case.  Therefore, he possesses no privileged information whatsoever regarding Kendrick Frazier.  Consequently, there is no basis for a finding of conflict based on the failed attempt to represent both of these defendants jointly.

As a precaution, should Kendrick Frazier somehow choose to testify at trial, the undersigned will of course obtain outside counsel to cross-examine him as necessary, to avoid even the possibility of a potential conflict of interest. With that safeguard in mind, there is no legal basis on which to prevent Kenwyn Frazier from being represented by his counsel of choice.

The undersigned sent a draft of this motion of this motion to government counsel on July 9, 2021 asking whether the government has any objection.  The undersigned has received no response.

WHEREFORE, Defendant Kenwyn Frazier respectfully requests that the undersigned be permitted to substitute as his counsel for the remainder of the proceedings in this case.

                Respectfully submitted,

                By:  s/ Beau B. Brindley
                Attorney for Defendant

                KENWYN FRAZIER

Law Offices of Beau B. Brindley
53 West Jackson Blvd.
Suite 1410

Chicago, Illinois  60604
(312) 765-8878

3