IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-CR-30001-DWD |
| | ) | |
| KENWYN FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**DUGAN, District Judge:**

A jury found Defendant Kenwyn Frazier guilty of one count of kidnapping (Doc. 352), and on August 9, 2023, Defendant was sentenced (Docs. 406, 410). Defendant is presently seeking to appeal his conviction and sentence *in forma pauperis*. Although a magistrate judge initially found that Defendant was "financially unable to obtain counsel," Defendant subsequently retained a private attorney to represent him at trial. During the time Defendant was able to engage retained counsel, he was presumably also able to pay. Accordingly, to proceed *in forma pauperis*, Defendant must reestablish his financial status. *See United States v. Durham,* 922 F.3d 845 (7th Cir. 2019); Fed. R. App. P. 24(a)(3).

Defendant's retained counsel, Beau Brindley, filed a motion seeking leave to appeal *in forma pauperis* in the district court (Doc. 427). The undersigned denied the motion because it did not include an affidavit or other documentation regarding Defendant's financial condition. Defendant's counsel then filed a motion for leave to

1

appeal *in forma pauperis* with the Seventh Circuit Court of Appeals, stating that Defendant is unable to pay him and indicating that, for various reasons, he has been unable to obtain a financial affidavit from his client. The Appellate Court directed the Clerk to send the motion to the District Court for a ruling. It also directed Attorney Brindley to "comply with the district court's requests to provide a financial affidavit from [Defendant]."

The Court therefore **ORDERS** Attorney Brindley to provide the requested financial documentation on or before November 3, 2023. Upon receiving the requested documentation, the Court will promptly rule on the pending motion for leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Appellate court.

**SO ORDERED.**

Dated: October 25, 2023

*David W. Dugan*
DAVID W. DUGAN
United States District Judge