IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-CR-30001-DWD |
| ) | |
| KENWYN FRAZIER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**DUGAN, District Judge:**

A jury found Defendant Kenwyn Frazier guilty of one count of kidnapping (Doc. 352), and on August 9, 2023, Defendant was sentenced (Docs. 406, 410). Defendant is presently seeking to appeal his conviction and sentence *in forma pauperis*. Although a magistrate judge initially found that Defendant was "financially unable to obtain counsel," Defendant subsequently retained a private attorney to represent him at trial. During the time Defendant was able to engage retained counsel, he was presumably also able to pay. Accordingly, to proceed *in forma pauperis*, Defendant must reestablish his financial status. *See United States v. Durham*, 922 F.3d 845 (7th Cir. 2019); Fed. R. App. P. 24(a)(3).

Defendant's retained counsel, Beau Brindley, filed a motion seeking leave to appeal *in forma pauperis* in the district court (Doc. 427). The undersigned denied the motion because it did not include an affidavit or other documentation regarding Defendant's financial condition. Defendant's counsel then filed a motion for leave to

1

appeal *in forma pauperis* with the Seventh Circuit Court of Appeals, stating that Defendant is unable to pay him and indicating that, for various reasons, he has been unable to obtain a financial affidavit from his client. The Appellate Court directed the Clerk to send the motion to the District Court for a ruling. It also directed Attorney Brindley to "comply with the district court's requests to provide a financial affidavit from [Defendant]."

On October 25, 2023, the Court ordered Attorney Brindley to provide the requested financial documentation on or before November 3, 2023 (Doc. 445). Attorney Brindley took no action in response to the Court's Order. Accordingly, on November 7, 2023, the Court ordered Attorney Brindley to show cause for his failure to respond to the Court's Order of October 25, 2023 (Doc. 446). Counsel was directed to respond on or before November 10, 2023. The Court advised counsel that failure to respond may result in monetary or disciplinary sanctions. That deadline has come and gone, with no response from counsel. Accordingly, the Court **ORDERS** as follows:

1. Attorney Beau Brindley shall confer with his client on or before November 21, 2023 for the purpose of securing Defendant's financial information necessary to support his motion to proceed *in forma pauperis.*

2. Attorney Brindley shall file Defendant's financial documentation, or a written report detailing why counsel was unable to comply with the instant order and prior written orders, on or before November 22, 2023.

3. Attorney Brindley will be fined $50.00 a day for each day after November 22, 2023, including weekends and holidays, that his obligation under this order remains unfulfilled.

The Court **DIRECTS** the Clerk to transmit a copy of this order to the Seventh Circuit Court of Appeals.

**SO ORDERED.**

Dated: November 14, 2023

*David W. Dugan*
DAVID W. DUGAN
United States District Judge
