## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cr-30001-DWD |
| | ) |
| KENWYN L. FRAZIER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**DUGAN, District Judge:**

Defendant is presently seeking to appeal his conviction and sentence *in forma pauperis*. Although a magistrate judge initially found that Defendant was "financially unable to obtain counsel," Defendant subsequently retained a private attorney to represent him at trial. During the time that Defendant was able to engage retained counsel, he was also presumably able to pay for that representation. Accordingly, to proceed *in forma pauperis*, Defendant must reestablish his financial status. *See United States v. Durham*, 922 F.3d 845 (7th Cir. 2019); Fed. R. App. P. 24(a)(3).

Defendant's retained counsel, Mr. Beau Brindley, filed a Motion for Leave to Appeal *In Forma Pauperis* in the District Court (Doc. 427). The undersigned denied the Motion because it did not include an affidavit or other documentation relating to Defendant's financial condition. Mr. Brindley then filed a Motion for Leave to Appeal *In Forma Pauperis* with the Seventh Circuit Court of Appeals, stating Defendant is unable to pay him and indicating, for various reasons, he has been unable to obtain a financial affidavit from Defendant. The Court of Appeals directed the Clerk of the Court to send

the Motion to the District Court for a ruling. It also directed Mr. Brindley to "comply with the district court's requests to provide a financial affidavit from [Defendant]."

On October 25, 2023, the Court ordered Mr. Brindley to provide the financial documentation on or before November 3, 2023. (Doc. 445). On November 7, 2023, however, the Court entered an Order to Show Cause (Doc. 446) due to Mr. Brindley's noncompliance with that deadline and a lack of any communication with the Court. Mr. Brindley was ordered to show cause as to his failure to respond to the Order at Doc. 445 on or before November 10, 2023. (Doc. 446). Mr. Brindley was advised that the failure to respond to the Order to Show Cause could result in monetary or disciplinary sanctions and the denial of the Motion for Leave to Appeal *In Forma Pauperis*. (Doc. 446).

Nevertheless, as of November 14, 2023, the deadline related to the Order to Show Cause had come and gone without a response from Mr. Brindley. Therefore, on that date, the Court ordered as follows: (1) Mr. Brindley was to confer with Defendant on or before November 21, 2023, for the purpose of securing the financial information necessary to support the Motion for Leave to Appeal *In Forma Pauperis*; (2) Mr. Brindley was to file Defendant's financial documentation, or a written report detailing why he was unable to comply with the Court's Orders, on or before November 22, 2023; and (3) Mr. Brindley was to be fined $50.00 a day for each day after November 22, 2023, including weekends and holidays, that his obligation remained unfulfilled. (Doc. 447).

Now, the Court has received a Status Report (Doc. 449), dated November 27, 2023, from Mr. Brindley, who indicates he "has still not been able to obtain a signed financial affidavit from…[Defendant] after multiple attempts to provide him one to sign and

return via U.S. Mail." (Doc. 449). Mr. Brindley is unaware of whether Defendant has received and ignored those mailings, or whether Defendant has not received the mailings at all. (Doc. 449). Mr. Brindley has not spoken to Defendant "in some time." (Doc. 449).

Further, in the Status Report, Mr. Brindley notes "substantial, back-to-back trials have caused…[him] to undergo an extremely compressed and hectic schedule in recent weeks." (Doc. 449). Mr. Brindley is currently in trial in the United States District Court for the District of Wyoming. (Doc. 449). That trial began on November 5, 2023, and is expected to extend to at least the week of December 11, 2023. (Doc. 449). Mr. Brindley lists various other professional responsibilities that have also contributed to his inability to procure a financial affidavit from Defendant. (Doc. 449). Notwithstanding these responsibilities, though, Mr. Brindley indicates he "took steps to attempt to procure the services of other attorneys to go and visit…[Defendant] in person…to obtain a signed financial affidavit. (Doc. 449). Those efforts have been unsuccessful, but are still ongoing, and Mr. Brindley "hopes to have a signed affidavit in the near future." (Doc. 449). Mr. Brindley apologizes for the "substantial and inexcusable delay." (Doc. 449).

Due to Mr. Brindley's recent Status Report and his noted difficulties in contacting Defendant, the Clerk of the Court is **DIRECTED** to send this Order and the Orders at Docs. 445, 446, and 447, together with the Status Report at Doc. 449 and a blank financial affidavit for proceeding on appeal without prepaying fees or costs, to Defendant at FCI Pekin, 2600 S. Second St., Pekin, Illinois 61554. Defendant is **DIRECTED** to complete and return the financial affidavit to the Court **as soon as possible but no later than December 14, 2023**. In addition, Mr. Brindley is **DIRECTED** to redouble his efforts to assist

Defendant in completing the financial affidavit, including by remailing the referenced letters to Defendant at FCI Pekin **within 5 days**. Mr. Brindley's Status Report, filed on November 27, 2023, was four days overdue. Therefore, in accordance with the Order at Doc. 447, Mr. Brindley is **FINED $200.00 ($50.00 per day from November 23 to 26, 2023), which shall be paid to the Clerk of the Court on or before December 14, 2023**. Otherwise, the fine contemplated at Doc. 447 is held in abeyance until December 14, 2023.

The Clerk of the Court is **FURTHER DIRECTED** to transmit a copy of this Order to the Seventh Circuit Court of Appeals.

**SO ORDERED**.

Dated: November 29, 2023

_____
DAVID W. DUGAN
United States District Judge