IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CR-30001-DWD |
| | ) |
| KENWYN FRAZIER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**DUGAN, District Judge:**

Defendant is presently seeking to appeal his conviction and sentence *in forma pauperis*. Although a magistrate judge initially found that Defendant was "financially unable to obtain counsel," Defendant subsequently retained a private attorney to represent him at trial. During the time Defendant was able to engage retained counsel, he was presumably also able to pay. Accordingly, to proceed *in forma pauperis*, Defendant must reestablish his financial status. *See United States v. Durham,* 922 F.3d 845 (7th Cir. 2019); Fed. R. App. P. 24(a)(3).

On September 11, 2023, Defendant's retained counsel, Beau Brindley, filed a motion seeking leave to appeal *in forma pauperis* in the district court (Doc. 427). The undersigned denied the motion because it did not include an affidavit or other documentation regarding Defendant's financial condition. Defendant's counsel then filed a motion for leave to appeal *in forma pauperis* with the Seventh Circuit Court of Appeals, stating that Defendant is unable to pay him and indicating that, for various reasons, he

1

has been unable to obtain a financial affidavit from his client. The Appellate Court directed the Clerk to send the motion to the District Court for a ruling. It also directed Attorney Brindley to "comply with the district court's requests to provide a financial affidavit from [Defendant]."

Unbelievably, more than three months after Attorney Brindley filed the initial Motion for Leave to Appeal *in Forma Pauperis*, despite the issuance of numerous orders and the imposition of monetary sanctions against Attorney Brindley, the requisite financial documentation has not been filed. The Court is at a loss as to why obtaining this documentation has proven so difficult. In the Court's most recent order addressing the matter, the Court ordered as follows:

> [T]he Clerk of the Court is DIRECTED to send this Order and the Orders at Docs. 445, 446, and 447, together with the Status Report at Doc. 449 and a blank financial affidavit for proceeding on appeal without prepaying fees or costs, to Defendant at FCI Pekin, 2600 S. Second St., Pekin, Illinois 61554. Defendant is DIRECTED to complete and return the financial affidavit to the Court as soon as possible but no later than December 14, 2023. In addition, Mr. Brindley is DIRECTED to redouble his efforts to assist Defendant in completing the financial affidavit, including by remailing the referenced letters to Defendant at FCI Pekin within 5 days. Mr. Brindley's Status Report, filed on November 27, 2023, was four days overdue. Therefore, in accordance with the Order at Doc. 447, Mr. Brindley is FINED $200.00 ($50.00 per day from November 23 to 26, 2023), which shall be paid to the Clerk of the Court on or before December 14, 2023. Otherwise, the fine contemplated at Doc. 447 is held in abeyance until December 14, 2023.

(Doc. 450).

As of today, December 22, 2023, no financial documentation has been filed. The Court, therefore, **ORDERS** as follows:

1. The daily fine, previously held in abeyance until December 14, 2023, is reinstituted. A fine of $50.00 per day, beginning on December 15, 2023 through the present is imposed upon Attorney Brindley (a total of $400.00). The fine shall be paid to the Clerk of the Court on or before January 2, 2024.

2. This fine is in addition to the $200.00 fine previously imposed upon Mr. Brindley which was due to be paid on or before December 14, 2023. It appears that this fine has not yet been paid. Mr. Brindley is ordered to pay the previously imposed fine instanter.

3. The daily fine of $50.00 per day will continue to accrue for each day until Attorney Brindley shows cause why he should not be held in contempt in the form of a report to the Court on or before December 29, 2023.

4. If the requisite financial documentation is not filed on or before December 29, 2023, the Motion for Leave to Appeal *in Forma Pauperis* will be denied.

The Court **DIRECTS** the Clerk to transmit a copy of this order to the Seventh Circuit Court of Appeals.

**SO ORDERED.**

Dated: December 22, 2023

s/*David W. Dugan*
DAVID W. DUGAN
United States District Judge

3